# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2007

133136

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GWENDOLYN ROBINSON, Personal
Representative of the Estate of Machekia
Robinson, Deceased; Personal Representative
of the Estate of Rockell Johnson, Deceased;
Personal Representative of the Estate of Taria
Johnson, Deceased; and Next Friend to
Da'Najah Franklin, a Minor,
            Plaintiff-Appellant,

v

STATE OF MICHIGAN and DEPARTMENT OF
CORRECTIONS,
            Defendants-Appellees.

SC: 133136
COA: 270781
Court of Claims: 06-000036-MM

_____/

        On order of the Court, the application for leave to appeal the November 7, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

        CAVANAGH and KELLY, JJ., would grant leave to appeal.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2007

_____
Clerk

t0530